DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WILLIS

No. 104P93

Case below: 109 N.C.App. 184

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 3 June 1993. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

TAYLOR v. BRINKMAN

No. 131P93

Case below: 108 N.C.App. 767

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

TURNAGE v. NATIONWIDE MUTUAL INS. CO.

No. 153PA93

Case below: 109 N.C.App. 300

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1993.

WACHOVIA BANK & TRUST CO. v.
TEMPLETON OLDSMOBILE-CADILLAC-PONTIAC

No. 168P93

Case below: 109 N.C.App. 352

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

WHITAKER v. CLARK

No. 137P93

Case below: 109 N.C.App. 379

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993. Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 3 June 1993.